UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICAH A. RANDALL,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA ANDERSON TAYLOR, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-1195<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

On November 27, 2019, Defendants Pamela Anderson Taylor, Brenton Hall Lankford, Gregory Smith, Ann Ralls Niewold, and Anthony James Ueber filed a motion to dismiss Plaintiff Micah A. Randall's claims against them. (Doc. No. 33.) Under this Court's Local Rule 7.01(a)(3), Plaintiff Randall shall file any response in opposition to the motion to dismiss no later than fourteen days after being served with the motion. Failure to file a timely response in opposition may result in the motion being granted as unopposed.

It is so **ORDERED.**

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge